| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | JOYCE LEAVITT |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone:   (510) 637-3500 |
| | Cellular telephone:   (415) 436-4879 |
| 6 | Email:         Joyce_Leavitt@fd.org |

Counsel for Defendant HERRON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 25–00362 AMO [KAW] |
| Plaintiff, | APPLICATION, DECLARATION AND [PROPOSED] ORDER TO SET CASE ON MAGISTRATE CALENDAR FOR MAURICE HERRON TO REQUEST PERMISSION TO LEAVE THE HALFWAY HOUSE ON CHRISTMAS DAY FROM 10:00 AM TO 8:00 PM |
| v. | |
| MAURICE HERRON, | |
| Defendant. | |

Assistant Federal Public Joyce Leavitt hereby requests that Magistrate Judge Kandis A. Westmore specially set this matter, or refer it to the duty magistrate, for defense counsel to request permission for defendant Maurice Herron to leave the San Francisco halfway house on December 25, 2025 (Christmas Day) from 10:00 am to 8:00 pm, so that he can spend the holiday at his mother's house with his extended family.

In support of this application, undersigned counsel declares as follows:

APPL. & [PROPOSED] ORDER TO CALENDAR CASE RE: CHRISTMAS
*HERRON*, CR 25–00362 AMO [KAW]

1

1. Mr. Herron is charged in a one count Indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Dkt. 1. Mr. Herron made his initial appearance on November 17, 2025, and undersigned counsel was appointed to represent him. Dkt. 5. After a detention hearing on November 21, 2025, Mr. Herron was released from custody and ordered to reside at the San Francisco halfway house, with his cousin and mother both signing as sureties. Dkt. 9. He is also subject to electronic monitoring, as well as other conditions of release.

2. Mr. Herron is seeking permission to leave the halfway house on December 25, 2025 (Christmas day) from 10:00 a.m to 8:00 p.m. The plan would be that Mr. Herron's mother, Roneisha Randolph, who is also a surety, would pick Mr. Herron up from the halfway house at 10:00 a.m. and bring him to her home in Hayward, California (which is listed on the bond). Ms. Randolph is hosting the Christmas day gathering and Mr. Herron would remain at his mother's house while he is away from the half-way house. Ms. Randolph would then drive Mr. Herron back to the San Francisco halfway house by no later than 8:00 p.m.

3. By Christmas day, Mr. Herron will have been at the halfway house for more than one month. Undersigned counsel believes that Mr. Herron has been in compliance with the conditions of his release during this time and is unaware of any pretrial violations. However, both pretrial services and the government are opposed to Mr. Herron's request. For this reason, I am submitting this application to request that the Court set this matter on calendar in order to consider Mr. Herron's request that he given permission to leave the halfway house on Christmas Day.

4. Attached for the Court's consideration is a proposed order to specially set the matter before the Court. Undersigned counsel is unavailable on December 4, 2025, and is on duty (which is being held as a consolidated calendar in San Francisco) on December 9, and 10, 2025. Counsel is then unavailable starting on December 12 through December 23, 2025. However, should the Court specially set the matter on a date when undersigned counsel is unavailable, defense counsel will ask a

1  colleague from the Federal Public Defender's office to stand in with Mr. Herron before the Court.

2  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters

3  stated upon information and belief, and as to those matters, I believe them to be true.

5  Executed this 3rd day of December, 2025, at Oakland, California.

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE HERRON,<br><br>Defendant. | Case No.: CR 25–00362 AMO [KAW]<br><br>**[PROPOSED] ORDER TO SET CASE ON MAGISTRATE CALENDAR FOR MAURICE HERRON TO REQUEST PERMISSION TO LEAVE THE HALFWAY HOUSE ON CHRISTMAS DAY FROM 10:00 AM TO 8:00 PM** |

Upon application of counsel for defendant, and for good cause, it is hereby ordered that Maurice Herron's case may be specially set before the Court on _____, at _____ a.m./p.m., to consider Mr. Herron's request that he be given permission to leave the halfway house during Christmas day.

   IT IS SO ORDERED.


Dated: _____

   THE HON. KANDIS A. WESTMORE
   United States Magistrate Judge