CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    jonah.ross@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00362 AMO |
| |     4:25-CR-00433 AMO |
|     Plaintiff, | |
|   v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JULY 13, 2026 THROUGH JULY 27, 2026 |
| MAURICE HERRON, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea hearing for defendant Maurice Herron scheduled for July 13, 2026, be continued to July 27, 2026, at 2:00 p.m. The parties have reached an agreement in principle to resolve both open cases, but require additional time to finalize the plea agreement. Defense counsel also needs additional time to review the government's discovery productions and discuss the final proposed plea agreement with Mr. Herron. The parties request an order that the time during this continuance be excluded under the Speedy Trial Act. The parties agree and stipulate that the time from July 13, 2026 until July 27, 2026, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel,

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [PROPOSED] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO      1

taking into account the exercise of due diligence.  The parties agree that the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 8, 2026                                        _____/s/_____

JONAH P. ROSS
Assistant United States Attorney

DATED: July 8, 2026                                        _____/s/_____

ALBERT J. BORO, JR.
Attorney for Defendant Maurice Herron

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [PROPOSED] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO                    2

# [~~PROPOSED~~] ORDER AS MODIFIED

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea hearing for defendant Maurice Herron, currently scheduled for July 13, 2026, at 2:00 p.m., is continued to July 27, 2026, at 2:00 p.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from July 13, 2026 through July 27, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy, public trial.  THEREFORE, IT IS FURTHER ORDERED that the time from July 13, 2026 until July 27, 2026, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account due diligence, in Case Nos. 4:25-CR-00362 AMO and 4:25-CR-00433 AMO.

**The parties shall email the proposed plea agreement to the courtroom deputy no later than 7/16/26.**

IT IS SO ORDERED.

DATED: _____7/8/2026_____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [~~PROPOSED~~] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO                3