# EXHIBIT C

To honorable Judge Ms. Martinez-Olguin,

My name Maurice Herron. I am writing this letter to respectfully explain my back ground and the trauma I experienced in my life and the willingness I am Committed to making moving forward. I grew up in west oakland, California in an environment where violence and danger were a constant part of everyday life. I was raised by a young mother who worked long hours to provide for me. Although she did everything she could to support me growing up without much guidance and being surrounded by violence exposed me to a lot of hardship at an early age. From a young age, I experienced significant trauma that deeply affected my mental and emotional well-being. One of the hardest things I endured was losing my brother. His death had a major impact on me mentally, and emotionally, and instead of properly dealing with the pain i kept it bottled in for years. Not long after, I was shot in the chest during an attempted robbery on me. That experience left me fearful for my safety and changed the way I viewed the world around me. What affected me even more was feeling alone afterwards no police came to the scene and I had to rely on a stranger to take me to the hospital. Since then I have struggled with anxiety, fear, and symptoms of PTSD. Growing up surrounded by violence cause me constantly to feel like I had to protect myself just to survive. I understand now that some decisions I made came from fear, trauma, and the environment I was raised in. I am not using my past as an excuse for my actions, but I do want the court to know the mindset and struggles I was dealing with. I made mistakes, and I take responsibilty for them. Despite everything I have been through, I have made the decision to change my life for the better. Becoming a father gave me a new sence of purpose and responsibility. My son is my motivation to become a better man and to create a stable, positive future for him. I want to be present in his life, guide him in the right direction, and break the cycle of violence and →

trauma that I grew up around. I am focused on building a lawful and productive future. I plan to attend trucking school. so I can earn my CDL working as a truck driver, and eventually start my own trucking company. My goal is to relocate to a safer environment and continue moving forward as a law-abiding citizen and contribute positively to society. I respectfully ask the court to consider not only my mistakes, but also the trauma I have endured, the environment I was raised in, and the growth im willing to show. I am sincerly committed to changing my life and becoming a responsible father, a hardworking man, and a productive member of my community.

Thanks for you time and consideration.

Respectfully,

Maurice Herron